**NOTE: CHANGES MADE BY COURT**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO PONCE, an individual, ,<br><br>    Plaintiff,<br><br>  v.<br><br>T.J. MAXX OF CA, LLC, a Virginia limited liability corporation; and DOES 1-50, inclusive,,<br><br>    Defendants. | Case No. 8:24-cv-00191-FWS-ADS<br><br>Complaint: December 12, 2023<br>Removal: January 30, 2024<br>District Judge: Hon. Fred W. Slaughter<br>Magistrate Judge: Autumn D. Spaeth<br><br>**ORDER RE JOINT STIPULATION OF DISMISSAL WITH PREJUDICE [18]** |

///

///

///

# ORDER

Having reviewed and considered the Joint Stipulation of Dismissal with Prejudice [18] ("Stipulation"), the files and records of the case, the applicable law, and for the good cause demonstrated in the Stipulation, the court **GRANTS** the Stipulation and **ORDERS** the following:

1. All claims in the above-captioned action are **DISMISSED IN THEIR ENTIRETY WITH PREJUDICE**; and

2. Each party is to bear his/its own fees and costs.

**IT IS SO ORDERED**.

Dated: February 4, 2025

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE